UNITED STATES of America,
Plaintiff–Appellee,

v.

DEMITRIUS TASHIA PRINTERS,
Defendant–Appellant.

No. 05–10920
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2006.

Mark David McBride, Michael Gill, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal Public Defender, Jason Douglas Hawkins, Dallas, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Demitrius Tashia Printers raises arguments that are foreclosed by *United States v. Johns,* 625 F.2d 1175, 1176 (5th Cir.1980), which held that FED.R.CRIM.P. 11 is inapplicable to probation-revocation hearings. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.